ELIZABETH A. VALENTINE, Appellant, v. JNO. WILLIAMS, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and dis-

bursements.    No opinion.    Present — Clarke, P. J., Laughlin, Scott, Dowling and Page, JJ.